UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Coltin Strop, | Case No. 25-cv-0964 (DSD/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Hunter Warfield, Inc., | |
| Defendant. | |

---

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Coltin Strop's application to proceed *in forma pauperis* of (ECF No. 2) is **GRANTED**.

2. If Mr. Strop desires the Court's officers to handle service in this matter under 28 U.S.C. § 1915(d), he must submit a properly completed Marshal Service Form (Form USM-285) for Defendant Hunter Warfield, Inc. ("Hunter Warfield"). The Court may recommend dismissing this matter without prejudice for failure to prosecute if Mr. Strop does not return the forms by **April 16, 2025**. The Court will provide Mr. Strop with the necessary forms.

3. After receiving the completed Marshal Service Forms, the Court directs the Clerk of Court to seek a waiver of service from Hunter Warfield.

4. If Hunter Warfield fails without good cause to sign and return the waiver within 30 days of its mailing, the Court will require Hunter Warfield to pay the expenses incurred in effecting service. Reimbursement of service costs is mandatory absent a showing of good cause and applies whenever a defendant does not sign and return a waiver. *See* Fed. R. Civ. P. 4(d)(2).

2

Dated: March 17, 2025                          *s/ Dulce J. Foster*
                                               DULCE J. FOSTER
                                               United States Magistrate Judge

2